UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF FREDERICK D. BLANDOV, THROUGH ITS PERSONAL REPRESENTATIVE, TINA MARSDEN, AND SUSAN BLANDOV, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:10-CV-00007 (JWS) <br><br> ORDER FOR EXTENSION OF PRE-TRIAL DEADLINES |

Counsel for the parties have jointly requested a sixty-day extension of the pretrial deadlines established in the Scheduling And Planning Order of March 3, 2011 (Docket 19). The Court finds the request reasonable and modifies the following deadlines:

1. Plaintiffs' Expert Disclosure from June 1, 2011 to August 1, 2011.
2. Defendant's Expert Disclosure from July 1, 2011 to September 1, 2011.
3. Rebuttal Reports from August 1, 2011 to October 3, 2011.
4. Final Witness Lists from August 5, 2011 to October 5, 2011.
5. Discovery from September 23, 2011 to November 23, 2011.

SO ORDERED this 2nd day of June 2011.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE