Jack Garyth Poulson, Esq.
Attorney for Plaintiff
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### AT JUNEAU

| | |
|---|---|
| THE ESTATE OF FREDERICK D. BLANDOV, THROUGH ITS PERSONAL REPRESENTATIVE, TINA MARSDEN, AND SUSAN BLANDOV,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:10-CV- 00007 (JWS)<br><br><br><br><br><br><br><br><br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, by and through respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree that any and all claims in this matter are hereby dismissed with prejudice, the parties to bear their respective costs and fees.

DATED this 5th day of October, 2011, at Juneau, Alaska.

> POULSON & WOOLFORD
> 636 Harris Street
> Juneau, Alaska 99801
> (907) 586-6529
> jack@poulsonwoolford.com
>
>
> By: /s/ *Jack Poulson*
> Jack Garyth Poulson
> Alaska Bar No. 8711104
> Attorneys for Plaintiffs

STIPULATION TO DISMISS
Estate of Blandov v. United States of America
Page 1 of 2
Case 1:10-cv-00007-JWS   Document 22   Filed 10/05/11   Page 1 of 2

DATED this 5th day of October, 2011, at Anchorage, Alaska.

>KAREN L. LOEFFLER
>United States Attorney
>222 West 7th Ave., #9, Room 253
>Anchorage, AK 99513-7567
>(907) 271-3378
>
>By: /s/ *Susan Lindquist*
>  Susan Lindquist
>  Alaska Bar No. 9008053
>  susan.lindquist@usdoj.gov
>  Attorneys for United States of America
>  Per email authority

## Certificate of Service

Pursuant to Civil Rule 5, I hereby certify that on October 5, 2011, a copy of the foregoing Stipulation To Dismiss was served electronically on:

> Susan Lindquist, Esq.
> Assistant U.S. Attorney
> 222 West 7th Avenue, #9, Room 253
> Anchorage, Alaska 99513-7567

>  /s/ Jack Poulson
>  Jack Garyth Poulson
>  AK Bar No. 8711104
>  Attorney for Plaintiffs

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

STIPULATION TO DISMISS
Estate of Blandov v. United States of America